UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>         v.                                         )      Criminal No: 25-cr-10370-AK<br>    )<br>JAMEEL CLARK-WHITE,          )<br>        Defendant.                        ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(b), the parties hereby file the following status report prepared in connection with the interim status conference scheduled for December 3, 2025.

(1)     Automatic Discovery/Pending Discovery Requests

On October 16, 2025, the government produced initial automatic discovery to the defendant, which included items Bates-stamped USAO_000001 to USAO_001401, as well as a digital storage device containing additional digital evidence. On November 25, 2025, the government produced additional discovery Bates-stamped USAO_001402 to USAO_001404, including jail calls of the defendant. The defendant is reviewing the discovery materials and will decide whether to make any discovery requests.

(2)     Additional Discovery

The government has drafted a potential protective order pertaining to the Foxborough Police body camera video, which the parties are discussing. The government is awaiting receipt of an interstate nexus report, which it will forward promptly upon receipt. If any additional forensic testing is performed, the government will provide reports promptly upon receipt.

(3)     Timing of Additional Discovery Requests

The defendant is reviewing the discovery provided by the government and will report on this issue at the next status conference. All parties recognize that their discovery obligations are ongoing.

(4)     Protective Orders

Please see paragraph 2, above.

(5)    <u>Pretrial Motions</u>

The parties are actively discussing a potential change of plea in this case, which would obviate the need for any pretrial motions. If pretrial motions will be filed, the parties will propose a schedule at the next status conference.

(6)    <u>Expert Disclosures</u>

The government agrees to provide any expert witness disclosures at least 21 days prior to trial. The defendant agrees to provide any expert witness disclosures at least 14 days prior to trial.

(7)    <u>Affirmative Defenses</u>

The defendant does not anticipate raising any defenses of insanity, public authority, or alibi at this time. The government requests timely notice pursuant to Fed. R. Crim. P. 12.1 of any alibi defense to these offenses, which occurred on June 12, 2025 at approximately 9:26 a.m. at the Charles G. Taylor Elementary School (196 South St. Foxborough, MA).

(8)    <u>Speedy Trial Act</u>

All time has been excluded from the defendant's initial appearance/arraignment through the date of the interim status conference scheduled for December 3, 2025. The parties request that the time be further excluded through the date of the final status conference.

(9)    <u>Plea Discussions</u>

The parties have had productive conversations regarding a potential resolution of this case. The defendant is presently awaiting trial on Middlesex Superior Court docket #2581CR00114, and a global resolution of both cases is a possibility. The defendant's state attorney withdrew on November 12, 2025, and new counsel has been appointed. Accordingly, defense counsel must confer with the new state attorney regarding potential resolution of the cases. If the instant case is not resolved, the parties anticipate that trial would last one week or less.

(10)   <u>Next Status Conference</u>

In light of the above information, the parties respectfully request that the Court cancel the interim status conference scheduled for December 3, 2025 and schedule a final status conference in approximately 60 days, or a time thereafter that is convenient for the Court.

                          Respectfully submitted,

                          LEAH B. FOLEY
                          United States Attorney

*/s/ Joshua Hanye*                By:    */s/ David Cutshall*
Attorney for Jameel Clark-White       Assistant U.S. Attorney

Dated: November 26, 2025

## CERTIFICATE OF SERVICE

      The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

                                                  */s/ David Cutshall*
                                                  Assistant U.S. Attorney

Dated: November 26, 2025