**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

               v.

JAMEEL CLARK-WHITE

Criminal No. 25-cr-10370-AK

**<u>FINAL REPORT</u>**

Cabell, U.S.M.J.

The defendant was indicted in September 2025 on unlawful firearms possession charges.  On February 26, 2026, the parties submitted a joint report asking that a final status conference scheduled for March 5 be canceled and that the case be reported to the district judge for an initial pretrial conference, which has since been set for April 3, 2026, at 10:30 a.m., in person. Accordingly, I have canceled the final status conference set before me and report as follows in sending the matter to the district judge.

**<u>Local Rule 116.5(c)(1) – Whether the Defendant Requests a Rule 11 Hearing</u>**

The defendant expects to ultimately request a Rule 11 hearing but he is not ready to do so at present.  The parties have had productive conversations regarding a potential resolution of this case but the defendant is also presently awaiting trial on a

complex matter in Middlesex Superior Court and hopes to effectuate a global resolution of both cases.

### Local Rule 116.5(c)(2)(A) – Status of Discovery

Discovery is complete and there are no pending or anticipated motions.

### Local Rule 116.5(c)(2)(C): Whether all Motions under Rule 12(b) Have Been Filed

No dispositive motions will be filed.

### Local Rule 116.5(c)(2)(D) – The Status of Excludable Time

The court has issued orders in the aggregate excluding all the time from the defendant's arraignment to April 3rd. Accordingly, no time will have elapsed for purposes of the Speedy Trial Act when and if the pretrial conference is held as scheduled.

### Local Rule 116.5(c)(2)(E) and (c)(3): Estimate of Trial and Miscellaneous Matters

The parties estimate that a trial would last one week or less.

There are no other matters specific to the case that would assist the district judge upon transfer.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: February 26, 2026

2